

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00154-CV

---

MICHAEL PATRICK HOUSTON, APPELLANT

V.

TYLER EPSTEIN, AS TRUSTEE OF THE WALNUTT REVOCABLE TRUST, APPELLEE

---

On Appeal from the 261st District Court
Travis County, Texas
Trial Court No. D-1-GN-21-006902, Honorable Jessica Mangrum, Presiding

---

July 27, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Michael Patrick Houston, proceeding pro se, appeals from the trial court's *Final Judgment*.[1]  Houston's brief was originally due May 26, 2023, but was not filed.  We subsequently granted Houston two extensions to file a brief.  By letter of June 28, 2023, we notified Houston that the appeal was subject to dismissal for want of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

prosecution, without further notice, if a brief was not received by July 7.  To date, Houston has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam